UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ASHLEY FRANCIS,

           Plaintiff,

  -against-

RIDGE HILL PROPERTY OWNER LLC,

           Defendant.

--------------------------------------------------------- X

Index No. 7:22-cv-04706-KMK

**JOINT STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and hereby is, withdrawn, discontinued, and dismissed, with prejudice, and without any additional costs, fees, or disbursements to any party.

Dated: New York, New York
       October 4, 2023

| PARKER HANSKI LLC | SEYFARTH SHAW LLP |
|---|---|
| By: _____<br>Glen Parker<br>40 Worth Street, Suite 602<br>New York, NY 10013<br>(212) 248-7400<br>rgh@parkerhanski.com<br>*Attorneys for Plaintiff* | By: _____<br>John W. Egan<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 218-5500<br>jegan@seyfarth.com<br>*Attorneys for Defendant Ridge Hill Property Owner LLC* |

305259615v.2

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2023, I caused the foregoing Joint Stipulation of Dismissal to be electronically filed with the Clerk of the Court, which sent notification to all counsel of record including:

>Glen H. Parker, Esq.
>PARKER HANSKI LLC
>40 Worth Street
>Suite 602
>New York, New York 10013
>Email: ghp@parkerhanski.com

>*/s/ John W. Egan*
>John W. Egan