UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

ASHLEY FRANCIS,

        Plaintiff,

-against-

RIDGE HILL PROPERTY OWNER LLC,

        Defendant.

-------------------------------------------------------- X

Index No. 7:22-cv-04706-KMK

**JOINT STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as
represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
the above-captioned action be, and hereby is, withdrawn, discontinued, and dismissed, with
prejudice, and without any additional costs, fees, or disbursements to any party.

Dated: New York, New York
      October 4, 2023

PARKER HANSKI LLC

By:_____

    Glen Parker
    40 Worth Street, Suite 602
    New York, NY 10013
    (212) 248-7400
    rgh@parkerhanski.com
    *Attorneys for Plaintiff*

SEYFARTH SHAW LLP

By:_____

    John W. Egan
    620 Eighth Avenue
    New York, New York 10018
    (212) 218-5500
    jegan@seyfarth.com
    *Attorneys for Defendant Ridge Hill*
    *Property Owner LLC*

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

10/5/23

39529961.9v.2